UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-50138-AEC |
| | ) | |
| WILLIE F. SCOTT, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**OBJECTION TO CONFIRMATION OF PLAN**

COMES NOW, U.S. Bank Trust National Association, as Trustee for LB-Tiki Series V Trust, c/o SN Servicing Corporation, its servicing agent ("SNSC"), and pursuant to F.R.B.P. 3015(f) hereby files this Objection to Confirmation of the Debtor's proposed Chapter 13 Plan ("Plan") by showing this Court the following:

1.

SNSC anticipates filing a secured claim with a pre-petition arrearage in the amount of $14,709.44. Said arrearage is neither addressed by, nor provided for, in the Plan.

2.

The Plan does not propose paying any monthly amount toward SNSC's pre-petition arrearage, and thus cannot be confirmed. 11 U.S.C. § 1325. Furthermore, a determination as to whether the Plan would extend for a period of years that exceeds the maximum period allowed under 11 U.S.C. § 1322(d) cannot be made.

3.

SNSC has incurred $375.00 in attorney's fees and costs in bringing this Objection and is entitled to reimbursement for same pursuant to the Loan Documents.

WHEREFORE, for all the reasons set forth herein, SNSC prays that this Court deny confirmation of the Plan, award attorney's fees of $375.00, and grant such other and further relief as this Court deems just, necessary, and proper.

This 3rd day of April, 2023.

Prepared By:
Attorney for SNSC

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) via the United States Postal Service to all other interested parties at their addresses shown below.

Camille Hope, Esq.
Chapter 13 Trustee
Via Electronic Notice

Wayne Gilleland, Esq.
Attorney for Debtor
Via Electronic Notice

Willie F. Scott
449 Jackson Church Rd.
Tennille, GA 31089

This 3rd day of April, 2023.

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com